UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MALCOLM JAMES FONTENOT,<br><br>  Plaintiff,<br><br>  v.<br><br>KING COUNTY CORRECTIONAL FACILITY, et al.,<br><br>  Defendants. | Case No. C22-1471-BHS-SKV<br><br>REPORT AND RECOMMENDATION |

Plaintiff proceeds pro se in this 42 U.S.C. § 1983 civil rights case. On October 14, 2022, Plaintiff filed a motion to proceed *in forma pauperis* ("IFP") along with a proposed complaint and a letter informing the Court of his mailing address. Dkt. 1. The Clerk mailed a letter to Plaintiff on October 18, 2022, notifying him his action had been filed and giving him the case number and judge assignment. Dkt. 3. The Clerk also mailed Plaintiff a notice of filing deficiency that same day, concerning his motion for IFP being filed on the incorrect form. Dkt. 4. Both letters were returned to the Court as undeliverable on October 25, 2022. Dkts. 5, 6. The Clerk then mailed a third letter to Plaintiff regarding the filing deficiency, and this letter was also returned undeliverable on November 3, 2022.

1  Pursuant to Local Civil Rule 41(b)(2), Plaintiff is required to keep the Court and opposing
2  parties advised as to his current address.  "If mail directed to a pro se plaintiff by the clerk is
3  returned by the Post Office, and if such plaintiff fails to notify the court and opposing parties within
4  60 days thereafter of his current address, the court may dismiss the action without prejudice for
5  failure to prosecute."  Local CR 41(b)(2).  In this case, more than sixty days have elapsed since
6  the Clerk's third letter was returned by the Post Office as undeliverable on November 3, 2022.

7  Given Plaintiff's failure to keep the Court and Defendants apprised of his current mailing
8  address, the Court recommends dismissal of this action without prejudice for failure to prosecute.
9  A proposed Order of Dismissal accompanies this Report and Recommendation.

10  Dated this 27th day of January, 2023.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge