UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MALCOLM JAMES FONTENOT,

           Plaintiff,

   v.

KING COUNTY CORRECTIONAL FACILITY, et al.,

           Defendants.

CASE NO. 2:22-cv-01471-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on Magistrate Judge S. Kate Vaughan's Report and Recommendation ("R&R") recommending that the Court dismiss this action for failure to prosecute under Local Civil Rule 41(b)(2), Dkt. 8. The Court, having considered the R&R and the remaining record and no objections having been filed, does hereby order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Plaintiff Malcolm James Fontenot's Application for Leave to Proceed *in forma pauperis*, Dkt. 1, is **DENIED**;

(3)     This case is **DISMISSED without prejudice** for failure to prosecute; and

ORDER - 1

(4)   The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 13th day of February, 2023.

BENJAMIN H. SETTLE
United States District Judge